In the Matter of STEWART J. RODAL, Respondent, v MARSHA RODAL, Appellant. [786 NYS2d 750]—Appeal from an or-

der of the Family Court, Onondaga County (Martha Walsh Hood, J.), entered February 10, 2004 in a proceeding pursuant to Family Ct Act article 4. The order denied respondent's objections and confirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Green, J.P., Pine, Hurlbutt, Martoche and Smith, JJ.